IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANDREA ELLIOTT, Mother and Next
Friend of K.E., a Minor Child;

                Plaintiff,

    vs.

LORI RETZLAFF, and DOES 1-5,

                Defendants.

**4:23CV3221**

**ORDER**

Pursuant to Fed. R. Civ. P. 5.2 and NECivR 5.3 court filings that contain the name of an individual known to be a minor may only identify the minor through their initials.

Accordingly,

IT IS ORDERED:

1. The Clerk of the District Court shall restrict the following filings to case participants as they contain the full name of a minor child:

   Filing Nos. 1, 3, 4, 5, 7, and 10

2. The Clerk of the District Court shall update the case docket to include only the minor's initials.

3. Counsel for the parties shall review Fed. R. Civ. P. 5.2 and NECivR 5.3 and ensure all future filings comply with the applicable rules.

Dated this 31st day of January, 2024.

BY THE COURT:

_s/ Jacqueline M. DeLuca_

United States Magistrate Judge