IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA ELLIOTT, Mother and Next Friend of K.E., a Minor Child; <br><br> Plaintiff, <br><br> vs. <br><br> LORI RETZLAFF, and DOES 1-5, <br><br> Defendants. | **4:23CV3221** <br><br><br> **ORDER** |

The Court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED:

1) On or before **December 29, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 27th day of October, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge